ESSBEE ESTATES, INC., Respondent, v. ESSBEE ESTATES, INC., et al., Appellants.— Orders entered on January 2, 1962 and January 8, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LAURENCE CARROLL.— Motion to dismiss appeals from orders of the County Court, Bronx County, entered February 6, 1962 and February 29, 1962 granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LAURENCE CARROLL.— Motion for leave to appeal as a poor person granted as to order of County Court, Bronx County, entered March 4, 1962, to the extent and on the terms and conditions contained in the order of this court filed herein; application is otherwise denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDMUND ZILLINER.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. KENNIE DAVIS.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Motion to dismiss appeal denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of BURTON N. PUGACH v. ISIDORE DOLLINGER.— Motion for an order compelling the District Attorney, Bronx County, to move to resettle the judgment of the County Court, Bronx County, rendered on March 14, 1962 denied. Motion for an order compelling the District Attorney, Bronx County, to dismiss indictment and for other relief denied. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. AUTOMOBILE TRANSPORTERS WELFARE FUND et al.— Motion for an order placing appeal on June 1962 Calendar of this court denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of SIDNEY SINGER et al., v. JOSEPH SCHECHTER, as Chairman, et al.— Motion for an order placing appeal on June 21, 1962 Calendar of this court denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■

# (June 21, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANDY BROWN, Appellant.— Order entered on February 20, 1961 unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JOHNSON and STAMFORD WEBB, Appellants.— Judgments of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES ROSENTHAL, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ GUIDO COEN et al., Appellants, v. NATIONAL SURETY CORPORATION, Respondent.— Order entered on May 1, 1961, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.